```
___FILED___ ___LODGED
___RECEIVED___ ___COPY

2011 JUN -9  P 12: 45

CLERK US DISTRICT COURT
  DISTRICT OF ARIZONA
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR11-2056 TUC RCC/BPV |
|---|---|
| Plaintiff, | |
| v. | **INDICTMENT** |
| Lorie Ann Paton, | VIO: 18 U.S.C. § 1168(b)<br>(Theft By Officers or Employees of<br>Gaming Establishments on Indian Lands) |
| Defendant. | |

THE GRAND JURY CHARGES:

### INTRODUCTION

1. LORIE ANN PATON was employed by the Desert Diamond Casino as Banquet and Catering Coordinator, from on or about July 11, 2001, through on or about November 20, 2008.

2. The Desert Diamond Casino is a gaming establishment operated by or for or licensed by an Indian tribe, namely the Tohono O'odham Nation, pursuant to an ordinance or resolution approved by the National Indian Gaming Commission.

3. Ms. PATON's duties as Banquet and Catering Coordinator included setting up catered events at Desert Diamond Casino for individuals and organizations. As part of her duties she would negotiate the terms of the events with the individuals and organizations, including the price. Ms. PATON was also responsible for collecting payment for the events. Payments for some or all of the cost of an event were often given to Ms. PATON in cash.

4. Between June 10, 2006 and November 20, 2008, Ms. PATON received cash payments for one or more catered events to be held at the Desert Diamond Casino. Instead of transmitting

all of those cash payments to the Desert Diamond Casino, Ms. PATON instead kept some or all of those payments for herself, totaling in excess of $1,000.

## COUNT 1

1. Between on or about June 10, 2006, and on or about November 20, 2008, within the District of Arizona, LORIE ANN PATON, an employee of the Desert Diamond Casino, a gaming establishment operated by or for or licensed by an Indian tribe, namely the Tohono O'odham Nation, pursuant to an ordinance or resolution approved by the National Indian Gaming Commission, did abstract, purloin, willfully misapply, and take and carry away with intent to steal, money, funds, assets and other property of such establishment of a value in excess of $1,000.

In violation of Title 18, United States Code, Section 1168(b).

A TRUE BILL



FOREPERSON OF THE GRAND JURY
Date: June 9, 2011

DENNIS K. BURKE
United States Attorney
District of Arizona

PAUL A. BULLIS
Assistant U.S. Attorney

JUN 09 2011

REDACTED FOR
PUBLIC DISCLOSURE

2