JON M. SANDS
Federal Public Defender
ERIC D. MARSTELLER
Assistant Federal Public Defender
State Bar No. 015898
407 W. Congress, Suite 501
Tucson, AZ 85701-1310
Telephone: (520)879-7500
Fax: (520) 879-7601
Email: eric_marsteller@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 11-2056-TUC-RCC-(BPV) |
| | ) | |
| vs. | ) | STIPULATED MOTION |
| | ) | TO CONTINUE PLEA AND |
| Lorie Ann Paton, | ) | TRIAL DATES |
| | ) | |
| Defendant. | ) | (No Oral Argument) |
| | ) | |
| | ) | 1st Request |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7), will occur as a result of this motion or an order based thereon.

Defendant, through counsel, requests a 30-day continuance of the plea deadline currently set for July 15, 2011, and the current trial date scheduled for August 2, 2011.  This request is made for the following reason(s):

1) Defense counsel requires additional time to conduct further investigation pertinent to this matter;

2) The ends of justice will be served by a continuance, and a miscarriage of justice will result if a continuance is denied.  18 U.S.C. § 3161 (h)(7)(B)(I);

3) Assistant U.S. Attorney, Paul Bullis, has no objection to this request.

RESPECTFULLY SUBMITTED:   July 7, 2011.

JON M. SANDS
Federal Public Defender

 s/ Eric D. Marsteller
ERIC D. MARSTELLER
Assistant Federal Public Defender

copy to:     Paul Bullis, Assistant U.S. Attorney (PHX)